UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: ) | Case No. 10-28457 (DHS) |
| WRS HOLDINGS, LLC, et al., ) | |
| ) | Chapter 7 |
| Debtors. ) | (Jointly Administered) |
| _____ ) | |
| MFC CAPITAL FUNDING, INC. a Minnesota ) corporation, ) | |
| Plaintiff, ) | |
| vs. ) | Adv. Pro. No. 12-01137 (DHS) |
| ) | Civ. Action No. 12-02552 (JLL) |
| VALOR EQUITY PARTNERS, VWR HOLDINGS, ) LLC, VALOR MANAGEMENT CORPORATION, ) WRS HOLDINGS, LLC, WRS, LLC, WOODS ) RESTORATION SERVICES OF MONTCLAIR, ) NJ, LLC, WOODS RESTORATION SERVICES, ) LLC, WOODS RESTORATION SERVICES OF ) S.C., LLC, ENVIRONMENTAL REMEDIATION ) CONCEPTS, LLC, WRS, INC., ROBERT ) WASIELEWSKI, ANTONIO GRACIAS, ) BRADLEY SHEFTEL, JONATHAN SHULKIN, ) CHESTER R. DUNICAN, NELSON SUN, ABC ) COMPANIES 1-10, JOHN DOE 1-10 and JANE ) DOE 1-10 (fictitiously named individuals and ) entities), ) | **NOTICE OF VOLUNTARY DISMISSAL OF FICTITIOUSLY NAMED DEFENDANTS** |
| Defendants. ) | |

Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T:  212.753.5000
F:  212.753.5044

Alexander G. Benisatto, Esq.
SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP
411 Hackensack Avenue, 6th Floor
Hackensack, NJ  07601
T:  201.488.3900
F:  201.488.9481
*Attorneys for Plaintiff,*
*MFC Capital Funding, Inc.*

PLAINTIFF MFC CAPITAL FUNDING, INC. ("MFC"), hereby gives notice that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, it voluntarily dismisses any and all claims against Defendants ABC COMPANIES 1-10, JOHN DOE 1-10, and JANE DOE 1-10 (fictitiously named individuals and entities) without prejudice. This voluntary dismissal is limited to these individuals and entities, and MFC reserves all rights with respect to its claims against the remaining defendants in the above-captioned matter. MFC has not previously dismissed any federal or state court action based on or including the same claims.

Dated: June 8, 2012

Respectfully submitted,

/s/ Louis T. DeLucia
Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
T: 212.753.51000
F: 212.753.5044

Alexander G. Benisatto, Esq.
SHAPIRO, CROLAND, REISER
 APFEL & DI IORIO, LLP
411 Hackensack Avenue, 6th Floor
Hackensack, NJ 07601
T: 201.488.3900
F: 201.488.9481

*Attorneys for Plaintiff, MFC Capital Funding, Inc.*

CH2\11328831.1