**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE:<br><br>WRS HOLDINGS, LLC, *et al.*,<br><br>Debtors. | Case No. 10-28457 (DHS)<br><br>Chapter 7<br><br>(Jointly Administered) |
| MFC CAPITAL FUNDING, INC., a Minnesota corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>VALOR EQUITY PARTNERS, *et al.*,<br><br>Defendants. | Adv. Pro. No. 12-01137 (DHS)<br><br>Civ. Action No.: 12-2552 (JLL) |

**ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING PURSUANT**
**<u>TO 28 U.S.C. § 157 (d) AND FED. R. BANKR. P. 5011</u>**

THIS MATTER having been presented to the Court on the motion of defendants Valor Equity Partners, L.P., VWR Holdings, LLC, Valor Management Corporation, Antonio Gracias, Bradley Sheftel, Jonathan Shulkin, Chester R. Dunican and Robert Wasielewski (collectively, the "Movants"), for entry of an Order withdrawing the reference of the captioned adversary proceeding pursuant to 28 U.S.C. § 157(d)(5) and Fed. R. Bankr. P. 5011 ("Motion"); and the Court having scheduled a hearing on the Motion on June 18, 2012, and plaintiff having consented to the withdrawal of the reference of the above-captioned adversary proceeding; and for other good cause shown; it is hereby, on this 13th day of June 2012,

ORDERED that the Movants' Motion is hereby granted, and reference of the captioned adversary proceeding is hereby withdrawn pursuant to 28 U.S.C. § 157(d)(5) and Fed. R. Bankr. P. 5011, and all rights and remedies of plaintiff are hereby preserved and retained.

UNITED STATES DISTRICT JUDGE

CH2\11343909.2